IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE LEE MILLION,            )<br>                                          )<br>             Plaintiff(s),          )<br>                                          )<br>       vs.                              )<br>                                          )<br>GREEN WALL GUARDS, et al,   )<br>                                          )<br>             Defendant(s).         )<br>_____)  | No C 07-5050 VRW (PR)<br><br>ORDER OF TRANSFER |

Plaintiff, a prisoner at California State Prison, Sacramento, has filed a pro se civil rights complaint under 42 USC § 1983. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in the counties of Sacramento and Los Angeles, which lie within the venue of the Eastern District of California and Central District of California, Western Division. See 28 USC §§ 84(b), 84(c)(2). Venue therefore properly lies in either one of those districts. See id § 1391(b).

In the interest of justice, and pursuant to 28 USC § 1406(a), this action will be TRANSFERRED to the United States District Court for the Eastern District of California, where plaintiff is currently incarcerated.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.07\Million1.or1.wpd