UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARLIE LEE MILLION,

        Plaintiff,

  v.

GREEN WALL GUARDS et al,

        Defendant.

Case Number: C07-5050 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charlie Lee Million D-84004
CSP- Sac (New Folsom)
B1-C-232
P.O. Box 290066
Represa, CA 95671-0029

Dated: October 15, 2007

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk