**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

October 16, 2007

United States District Court of Eastern California
Clerk's Office
501 "I" Street
Sacramento, CA 95814

RE: CV 07-05050 VRW  CHARLIE LEE MILLION-v-GREEN WALL GUARDS

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒      Certified copy of docket entries.

☒      Certified copy of Transferral Order.

☒      Original case file documents.

☐      Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                                        Sincerely,
                                        RICHARD W. WIEKING, Clerk

                                        by:  Gwen Agid
                                        Case Systems Administrator

Enclosures
Copies to counsel of record